| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2004 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting ( ast name, First name, Middle initial) SE YA, BRUCE M | 2. Court or Organization UNITED STATES COURT OF APPEALS | 3. Date of Report 5/15/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) US CIRCUIT JUDGE - ACTIVE | 5. ReportType (check appropriate type) ◯ Nomination. Date ◯ Initial ◉ Annual ◯ Final | 6. Reporting Period 1/1/2004 to 12/31/2004 |
| 7. Chambers or Office Address 311 FEDERA COURT OUSE PROVIDENCE, RI 02903 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | GENERAL PARTNER < INVESTMENT PROPERTY ONLY > | FRIENDSHIP REA TY GROUP < REAL ESTATE GENERA PARTNERSHIP > |
| 2. | GENERAL PARTNER< INVESTMENT PROPERTY ONLY > | SELYA PROPERTIES < REAL ESTATE GENERA PARTNERSHIP > |
| 3. | JUDICIAL COUNCIL CHAIRMAN | RI STATE - FEDERAL JUDICIAL COUNCI |
| 4. | TRUSTEE EMERITUS | R ODE ISLAND HOSPITAL < A NON-PROFIT CORPORATION > |
| 5. | TRUSTEE EMERITUS | BRYANT UNIVERSIT Y< FORMERLY BRYANT COLLEGE > |
| 6. | DIRECTOR | LIFESPAN CORPORATION< NON-PROFIT HOLDING COMPANY FOR RHODE ISLAND, MIRIAM, EMMA P BRADLEY & NEWPORT HOSPITALS > |
| 7. | ADJUNCT PROFESSOR | BOSTON CO EGE LAW SCHOOL |
| 8. | ADJUNCT PROFESSOR | BOSTON UNIVERSITY LAW SCHOOL |
| 9. | DIRECTOR | HOSPITAL ASSOCIATIONS OF RHODE ISLAND < A NON-PROFIT CORPORATION > |
| 10. | LIMITED PARTNER | POCASSET VILLAGE ASSOCIATES < REAL ESTATE LIMITED PARTNERSHIP > |

FINANCIAL SCLOSURE OFFICE MAY 23 A 11: 08 RECEIVED

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ NONE  - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☑ NONE  - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE  - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | THE RAINBOW EYE FOUNDATION / HAWAIIAN OPTHAMOLOGY PARTNERSHIP | JANUARY 23 - 28; EDUCATIONAL SEMIN R; T ANS ORATION, MEALS & LODG NG |
| 2. | UNIVERSITY OF MIAMI | JANUARY 9 -13; EDUCATIONAL SEMINAR; TRANSPORTATION, MEALS & LODGING |
| 3. | NEW YORK INTELLECTUAL PROPERTY LAW ASSOCIATION | MAY 21 - 22; EDUC TIONAL SEMINAR; TRANSPORATION, MEALS & LODGING |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| I. | | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ NONE - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- | --- |
| I. | METROPOLITAN LIFE INSURANCE CO. | POLICY LOANS | J |
| 2. | FRANKLIN LIFE INSURANCE CO. | POLICY LOANS | J |
| 3. | CONNECTICUT MUTUAL LIFE INS. | POLICY LOANS | J |
| 4. | MUTUAL OF NEW YORK | POLICY LOANS | J |
| 5. | PHOENIX MUTUAL INSURANCE CO. | POLICY LOANS | K |
| 6. | BANK RHODE ISLAND | MORTGAGE (FRIENDSHIP RLTY GRP-40%) | N |

| Name of Person Reporting | Date of Report |
|---|---|
| SELYA, BRUCE M | 5/15/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. BROKERAGE ACCOUNT # 1 | | | | | | | | | |
| 2. FRIENDSHIP REALTY 40% APARTMENT BUILDING LINCOLN RI | E | Rent | N | W | | | | | |
| 3. IL ASSOCIATES 14.286% UNIMPROV HOUSE LOTS/NR S KINGSTOWN RI | | None | | | | | | | DEFUNCT |
| 4. MASSACHUSETTS INVESTOR TRUST MUTUAL FUND | A | Dividend | J | T | | | | | |
| 5. ORBIS INC 1.9% COMMON STOCK | | None | J | W | | | | | |
| 6. PHOENIX COMMON STOCK | A | Dividend | J | T | | | | | |
| 7. POCASSET VILLAGE ASSOC 2.5% APARTMENT BUILDING CRANSTON RI | D | Rent | K | W | | | | | |
| 8. 33.33% INTEREST REAL ESTATE JOHNSTON, RI | | None | L | W | | | | | |
| 9. ROHM & HAAS COMMON STOCK | G | Dividend | P2 | T | | | | | |
| 10. SELYA PROPERTIES 50% CONDO PROVIDENCE RI | C | Rent | M | W | | | | | |
| 11. SILVER RESOURCES, INC COMMON STOCK | | None | J | W | | | | | |
| 12. SUGARMAN PROPERTIES, INC UNIMPROV RE SK & HOPKINGTON RI | | None | | | | | | | DEFUNCT |
| 13. BROKERAGE ACCOUNT # 2 | | | | | | | | | |
| 14. BANK OF AMERICA <FORMERLY FLEET> CHECK\SAV ACCT PROV RI | C | Interest | O | T | | | | | NAME CHANGE |
| 15. BANK OF AMERICA <FORMERLY FLEET> IRA C 'SAV ACCT P OV I | A | Interest | J | T | | | | | NAME CHANGE |
| 16. BANK RHODE ISLAND CHECK\SAV PROV RI | B | Interest | M | T | | | | | |
| 17. CAMBRIDGE SAVINGS BANK SAVINGS ACCT CAMBRIDGE MA | A | Interest | L | T | | | | | |
| 18. CITIZENS SAVINGS BANK SAVINGS A CT PROV RI | B | Interest | M | T | | | | | |

1. Income/Gain Codes:   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000

3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| SELYA, BRUCE M | 5/15/2005 |

## VII. INVESTMENTS and TRUSTS – income. value. transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy. sell. merger. redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. FIDELITY SERVICE COMPANY DAILY INCOME TRUST MONE MKT | A | Dividend | K | T | | | | | |
| 20. PROV FED POSTAL EMPLOYEES CU CHECK\SAV A T PROV RI | A | Interest | J | T | | | | | |
| 21. SOVEREIGN BANK CHECK\SAV ACCT PROV RI | A | Interest | J | T | | | | | |
| 22. BROKERAGE ACCOUNT # 3 | | | | | | | | | |
| 23. CONN MUTUAL LIFE INS CO CSV - I SURED | | None | K | W | | | | | |
| 24. FRANKLIN LIFE INS CO CSV - INSURED | | None | K | W | | | | | |
| 25. METROPOLITAN LIFE INSURANCEC CSV - INSURED | | None | K | W | | | | | |
| 26. MUTUAL OF NEW YORK CSV - INSURED | | None | K | W | | | | | |
| 27. MONY | A | Dividend | | | ACQ & SALE | 7/26 | J | B | |
| 28. PHOENIX MUTUTAL LIFE INS CO CSV | | None | K | W | | | | | |
| 29. BROKERAGE ACCOUNT # 4 | | | | | | | | | |
| 30. BRISTOL WARREN RI REGIONAL SCHOOL DISTRICT MUNI BOND | B | Interest | K | T | | | | | |
| 31. MERRILL LYNCH CASH MNGMT ACCT. | A | Dividend | K | T | | | | | |
| 32. PAWTUCKET RI BOND MUNI BOND | C | Interest | L | T | | | | | |
| 33. PROVIDENCE RI PUBLIC BUILDINGS BOND MUNI BOND | C | Interest | L | T | | | | | |
| 34. PUERTO RICO COMM PUB IMPROV BONDS MUNI BOND | C | Interest | K | T | BUY | 8/13 | K | | |
| 35. PUERTO RICO ELECTRIC POWER BONDS MUNI BOND | C | Interest | K | T | | | | | |
| 36. PR PUBLIC BUILDINGS AUTHORITY MUNI BOND | C | Interest | L | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SELYA, BRUCE M | 5/15/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 37. RHODE ISLAND CONS BONDS MUNI BOND | D | Interest | M | T | | | | | |
| 38. RHODE ISLAND CONVENTION CENTER A T O T MU I BOND | A | Dividend | K | T | | | | | |
| 39. RHODE ISLAND DEPOSITORS BONDS MUNI BOND | D | Interest | L | T | PS | 8/2 | K | A | PARTIAL SALE |
| 40. RI HEALTH & EDUCATIONAL BUILDING CO MU I BOND | E | Interest | N | T | | | | | |
| 41. RI HOUSING & MORTGAGE FINANCE CORP BONDS MUNI BOND | D | Interest | M | T | PS | 10/1 | J | A | PARTIAL SALE |
| 42. RHODE ISLAND KENT COUNTY BOND MUNI BOND | A | Interest | J | T | BUY | 9/28 | J | | |
| 43. RI PROV PLANTATIONS BOND MUNI BOND | C | Interest | L | T | | | | | |
| 44. WARWICK RI BOND MUNI BOND | A | Interest | K | T | | | | | |
| 45. BROKERAGE ACCOUNT # 5 | | | | | | | | | |
| 46. AGILENT TECHNOLOGIES INC. COMMON STOCK | A | Dividend | J | T | | | | | |
| 47. GLAXO SMITHKLINE PLC COMMON STOCK | A | Dividend | K | T | | | | | |
| 48. HEWLETT PACKARD CO. COMMON STOCK | A | Dividend | J | T | | | | | |
| 49. INTEL CORP COMMON STOCK | A | Dividend | K | T | | | | | |
| 50. NTN COMMUNICATIONS INC. COMMON STOCK | A | Dividend | K | T | | | | | |
| 51. RHODE ISLAND HEALTH & EDUC BOND MUNI BOND | A | Interest | J | T | BUY | 5/13 | J | | |
| 52. SMITH BARNEY CASH FUND | A | Dividend | J | T | | | | | |
| 53. WELLS FARGO & CO COMMON STOCK | A | Dividend | K | T | | | | | |
| 54. BROKERAGE ACCOUNT # 6 | | | | | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SELYA, BRUCE M | 5/15/2005 |

## VII. INVESTMENTS and TRUSTS  — income. value. transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. ANADARKO PETRO CO.  COMMON STOCK | A | Dividend | J | T | | | | | |
| 56. AT&T WIRELESS  COMMON STOCK | A | Dividend | | | SELL | 10/26 | J | A | |
| 57. GALAXY TAX EXEMPT FUND TRUST CLASS  MUTUAL FUND | B | Dividend | M | T | | | | | |
| 58. MA INVESTORS TRUST  MUTUAL FUND | A | Dividend | J | T | | | | | |
| 59. MAXCO, INC.  COMMON STOCK | A | Dividend | J | T | | | | | |
| 60. ONEOK, INC.  COMMON STOCK | A | Dividend | K | T | | | | | |
| 61. PERKINELMER INC.  COMMON STOCK | A | Dividend | K | T | | | | | |
| 62. PINNACLE WEST  COMMON STOCK | A | Dividend | J | T | | | | | |
| 63. QWEST COMMUNICATIONS  COMMON STOCK | A | Dividend | J | T | | | | | |
| 64. SOUTH AMERICAN MINERALS  COMMON STOCK | A | Dividend | J | T | | | | | |
| 65. TEXTRON, INC.  COMMON STOCK | B | Dividend | L | T | | | | | |
| 66. UNION PAC CORP  COMMON STOCK | A | Dividend | K | T | | | | | |
| 67. VERIZON COMMUNICATIONS  COMMON STOCK | A | Dividend | J | T | | | | | |
| 68. WASHINGTON TRUST  COMMON STOCK | A | Dividend | J | T | | | | | |
| 69. BROKERAGE ACCOUNT # 7 | | | | | | | | | |
| 70. ABBOTT LABS  COMMON STOCK | A | Dividend | J | T | BUY | 10/8 | J | | |
| 71. AMERICAN INTER'L GROUP INC  COMMON STOCK | A | Dividend | J | T | PS | 3/23 | J | A | PARTIAL SALE |
| 72. AMERICAN PWR CONVERSION  COMMON STOCK | A | Dividend | | | BUY \ SELL | 10/22 | J | A | ADD'L BUY AND SALE |

1. Income/Gain Codes:  A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| SELYA, BRUCE M | 5/15/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 73. AMGEN INC COMMON STOCK | A | Dividend | J | T | ADD'L BUY | 6/17 | J | | |
| 74. APACHE CORP COMMON STOCK | A | Dividend | J | T | PS | 10/21 | J | A | PARTIAL SALE |
| 75. AUTOMATIC DATA PROCESSING INC. COMMON STOC | A | Dividend | J | T | ADD'L BUY | 6/17 | J | | |
| 76. AVERY DENNISON CORP COMMON STOCK | A | Dividend | J | T | BUY | 6/28 | J | | |
| 77. BANK OF AMERICA COMMON STOCK | A | Dividend | J | T | BUY | 6/28 | J | | |
| 78. BANK NEW YORK INC. COMMON STOCK | A | Dividend | | | SELL | 1/26 | J | A | |
| 79. BED BATH & BEYOND COMMON STOCK | A | Dividend | J | T | BUY | 11/5 | J | | |
| 80. CARDINAL HEALTH INC. COMMON STOCK | A | Dividend | J | T | ADD'L BUY | 6/17 | J | | |
| 81. CISCO SYS INC. COMMON STOCK | A | Dividend | J | T | PS | 2/17 | J | A | PARTIAL SALE |
| 82. CITIGROUP INC COMMON STOCK | A | Dividend | J | T | ADD'L BUY | 6/16 | J | | |
| 83. CITY OF NEW YORK MUNI BOND | A | Interest | | | BUY \ SELL | 3/15 | J | A | |
| 84. CLEAR CHANNEL COMMUNICATIONS COMMON STOCK | A | Dividend | | | SELL | 1/30 | J | A | |
| 85. COX COMMUNICATIONS INC NE COMMON STOCK | A | Dividend | | | SELL | 11/19 | J | A | |
| 86. DISNEY WALT CO COMMON STOCK | A | Dividend | J | T | BUY | 1/30 | | | |
| 87. DONNELLEY R R & SONS COMMON STOCK | A | Dividend | J | T | BUY | 5/11 | J | | |
| 88. DOW CHEM CO COMMON STOCK | A | Dividend | | | SELL | 3/8 | J | A | |
| 89. EXXON MOBIL CORP COMMON STOCK | A | Dividend | J | T | ADD'L BUY | 6/17 | J | | |
| 90. FLEXTRONICS INTL LTD ORD COMMON STOC | A | Dividend | | | SELL | 6/29 | J | A | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,901-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,001-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SELYA, BRUCE M | 5/15/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 91. GENERAL ELECTRIC CO. COMMON STOCK | A | Dividend | J | T | PS | 2/23 | J | A | PARTIAL SALE |
| 92. HOME DEPOT INC. COMMON STOCK | A | Dividend | J | T | PS | 5/11 | J | A | PARTIAL SALE |
| 93. INTEL CORP COMMON STOCK | A | Dividend | J | T | | | | | |
| 94. INTERNATIONAL BUSINESS MACHINE COMMON STOCK | A | Dividend | J | T | ADD'L BUY | 6/18 | J | | |
| 95. JOHNSON & JOHNSON COMMON STOCK | A | Dividend | J | T | | | | | |
| 96. LILLY ELI & CO COMMON STOCK | A | Dividend | J | T | ADD'L BUY | 6/18 | J | | |
| 97. MAXIM INTEGRATED PRODS INC COMMON STOCK | A | Dividend | J | T | | | | | |
| 98. MBNA CORP COMMON STOCK | A | Dividend | J | T | ADD'L BUY | 6/16 | J | | |
| 99. MEDTRONIC INC COMMON STOCK | A | Dividend | J | T | | | | | |
| 100. MERCK & CO. INC. COMMON STOCK | A | Dividend | | | SELL | 6/17 | J | A | |
| 101. MORGAN STANLEY DEAN WITTER & CO. COMMON STOCK | A | Dividend | J | T | | | | | |
| 102. NATIONAL CITY CORP COMMON STOCK | A | Dividend | | | BUY \ SELL | 1/27 | J | A | |
| 103. ORACLE CORP. COM COMMON STOCK | A | Dividend | J | T | ADD'L BUY | 6/18 | J | | |
| 104. PEPSICO INC. COMMON STOCK | A | Dividend | J | T | | | | | |
| 105. PFIZER INC COMMON STOCK | A | Dividend | J | T | ADD'L BUY | 9/27 | J | | |
| 106. PROCTER & GAMBLE CO COMMON STOCK | A | Dividend | J | T | BUY | 2/25 | J | | |
| 107. PROGRESSIVE CORP OHIO COMMON STOCK | A | Dividend | J | T | ADD'L BUY | 6/23 | J | | |
| 108. S & P 500 DEPOSITORY RECEIPT COMMON STOCK | A | Dividend | J | T | BUY | 10/17 | J | | |

1. Income/Gain Codes:  A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)  F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)  N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000
3. Value Method Codes  Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)  U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| SELYA, BRUCE M | 5/15/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 109. SCHLUMBERGER LTD COMMON STOCK | A | Dividend | J | T | | | | | |
| 110. SEALED AIR CORP NEW COMMON STOCK | A | Dividend | J | T | | | | | |
| 111. SERVICE MASTER CO COMMON STOCK | A | Dividend | | | BUY \ SELL | 3/24 | J | A | |
| 112. STAPLES INC COMMON STOCK | A | Dividend | J | T | PS | 9/27 | J | A | PARTIAL SALE |
| 113. TIME WARNER COMMON STOCK | A | Dividend | | | SELL | 1/13 | J | A | |
| 114. UNITED TECHNOLOGIES CORP COMMON STOCK | A | Dividend | J | T | | | | | |
| 115. VERIZON COMMUNICATIONS COMMON STOCK | A | Dividend | J | T | | | | | |
| 116. VIACOM INC CL B COMMON STOCK | A | Dividend | J | T | PS | 2/23 | J | A | PARTIAL SALE |
| 117. WALMART STORES INC COMMON STOCK | A | Dividend | J | T | | | | | |
| 118. WALGREEN CO COMMON STOCK | A | Dividend | J | T | | | | | |
| 119. WYETH COMMON STOCK | A | Dividend | | | SELL | 6/27 | J | A | |
| 120. 3M CORP COMMON STOCK | A | Dividend | J | T | PS | 1/14 | J | A | PARTIAL SALE |
| 121. RI HEALTH & ED BLDG MUNI BOND | D | Interest | M | T | ADD'L BUY | 12/23 | J | | |
| 122. GALAXY GOVERNMENT FUND TRUST CASH FUND | A | Dividend | J | T | | | | | |
| 123. MORGAN STANLEY INST INTL EQUITY FD A MUTUAL FUND | A | Dividend | J | T | | | | | |
| 124. T ROWE PRICE EQ GROWTH MID CAP INST MUTUAL FUND | A | Dividend | J | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001 - 5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

# VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature           Date  5-14-05

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544